IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERALD RANDALL,

      Plaintiff,                    No. 2: 09-cv-2765 KJN P

    vs.                            <u>ORDER</u>

M.D. MCDONALD, et al.,

      Defendants.

_____/

        Plaintiff is a state prisoner proceeding without counsel. Pending before the court is plaintiff's motion for an extension of time within which to file an opposition to defendants' motion to dismiss, and plaintiff's motion for preliminary injunction. Both motions allege that plaintiff has been denied access to the law library due to a prison lockdown that commenced on December 8, 2010.

        Defendants' motion to dismiss was filed and served on December 3, 2010. Under the Local Rules, plaintiff has twenty-one days after the date of service of the motion to file his opposition. E.D. Cal. L. R. 230 (l). Allowing three additional days for service pursuant to Federal Rule of Civil Procedure 6(d), and one additional day because the deadline falls on a Sunday (Fed. R. Civ. P. 6(a)(1)(C)), the current filing deadline for plaintiff's opposition is Monday, December 28, 2010.

1  For good cause shown, plaintiff's motion to extend the deadline (Dkt. No. 24) for
2  filing his opposition to defendants' motion to dismiss is hereby granted, and the deadline is
3  extended thirty days to Friday, January 28, 2011.  Plaintiff's motion for preliminary injunction
4  (Dkt. No. 23) to require prison officials to follow established rules permitting plaintiff's routine
5  access to the prison library is denied.
6  SO ORDERED.
7  DATED:  December 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE