1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERALD RANDALL,

11            Plaintiff,                    No. 2: 09-cv-2765 KJN P

12       vs.

13   M.C. McDONALD, et al.,

14            Defendants.               ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding without counsel with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  Pending before the court are three motions for injunctive relief

18   filed by plaintiff.

19            In the motions for injunctive relief filed December 23, 2010, and January 21,

20   2011, plaintiff alleged that prison officials at High Desert State Prison ("HDSP") were harassing

21   him in retaliation for pursuing the instant action.  On January 31, 2011, plaintiff filed a notice of

22   change of address indicating that he has been transferred to California State Prison-Corcoran

23   ("Corcoran").  Because plaintiff is no longer housed at HDSP, his December 23, 2010 and

24   January 21, 2010 motions for injunctive relief are moot.  See Weinstein v. Bradford, 423 U.S.

25   147, 149 (1975).

26   ////

                                              1

1    In the motion for injunctive relief filed January 31, 2011, plaintiff alleges that on

2 January 20, 2011, he was transferred to Corcoran.  Plaintiff alleges that since his arrival at

3 Corcoran, he has not been granted access to his legal property.  Plaintiff requests that the court

4 order prison officials at Corcoran to provide him with access to his legal property.[1]

5    It is the court's experience that following a transfer to a different institution,

6 prisoners often experience delays in receiving their legal property.  For this reason, plaintiff's

7 January 31, 2011 motion for injunctive relief is denied without prejudice.  If plaintiff has not

8 received access to his legal property by the time he receives the instant order, he may refile his

9 motion for injunctive relief.

10    Plaintiff's January 31, 2011 motion also seeks an extension of time to respond to

11 defendants' December 3, 2010 motion to dismiss.  Good cause appearing, plaintiff's opposition

12 to defendants' motion to dismiss is due within twenty-eight days of the date of this order.

13    Accordingly, IT IS HEREBY ORDERED that:

14    1.  Plaintiff's motions for injunctive relief (Dkt. Nos. 26, 28, 30) are denied;

15    2.  Plaintiff's motion for an extension of time (Dkt. No. 30) is granted; and

16 plaintiff's opposition to defendants' motion to dismiss is due within twenty-eight days of the date

17 of this order.

18 DATED:  February 2, 2011

19

20    _____
   KENDALL J. NEWMAN

21    UNITED STATES MAGISTRATE JUDGE

22 ran2765.po

23

24

25

26 _____
   [1]  Although styled as a motion for injunctive relief, it is actually reviewed as a motion for a protective order.

2