IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERALD RANDALL,

      Plaintiff,                  No. 2: 09-cv-2765 KJM KJN P

     vs.

M.D. McDONALD, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Pending before the court is defendants' October 5, 2011 motion to conduct the depositions of plaintiff and all witnesses via videoconference. Defendants state that plaintiff is incarcerated in California State Prison-Corcoran ("Corcoran"), which is approximately 235 miles from the office of defense counsel.

      Defendants' motion to conduct plaintiff's deposition via videoconference is granted. Defendants' motion to conduct the depositions of all witnesses via videoconference is unsupported. If defendants wish to take the deposition of a witness via videoconference, they shall submit a motion in support of the request which identifies the location of the witness.

      Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' October 5, 2011 motion to conduct the deposition of plaintiff via videoconference (Dkt. No. 41) is granted; defendants' motion to conduct the depositions of all

1

1  witnesses via videoconference (Dkt. No. 41) is denied without prejudice;

2          2. Nothing in this order shall be interpreted as requiring any penal institution to

3  obtain videoconferencing equipment if it is not already available.

4  DATED: October 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ran2765.dep

2