IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERALD RANDALL,

    Plaintiff,                    No. 2: 09-cv-2765 KJM KJN P

    vs.

M.D. McDONALD, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On January 20, 2012, defendants filed a motion to compel. Plaintiff has not filed an opposition to defendants' motion to compel.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file an opposition to defendants' motion to compel; failure to file an opposition will be deemed a waiver of opposition to the granting of defendants' motion.

DATED: February 16, 2012

                                                                    _/s/ Kendall J. Newman_
                                                                    KENDALL J. NEWMAN
                                                                    UNITED STATES MAGISTRATE JUDGE

ran2765.osc