IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERALD RANDALL,

      Plaintiff,                    No. 2: 09-cv-2765 KJM KJN P

  vs.

M.D. McDONALD, et al.,

      Defendants.           ORDER

_____/

      Pending before the court is defendants' June 15, 2012 motion to vacate the dispositive motion deadline. The dispositive motion deadline is June 29, 2012.

      Defendants' motion to dismiss pursuant to 41(b) is pending before the court. Defendants request that the court vacate the dispositive motion deadline until such time as the court rules on their motion to dismiss.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' motion to vacate the dispositive motion deadline (Dkt. No. 52) is granted; and

////

////

////

2. The dispositive motion deadline of June 29, 2012 is vacated.

DATED: June 22, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ran2765.vac